UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOLORES JOHNSON,

                        Plaintiff,

-against-

UJA FEDERATION OF NEW YORK,

                        Defendant.
------------------------------------------------------------X

JUDGMENT
10-CV- 5648 (ERK)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 21 2012 ★

BROOKLYN OFFICE

       A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on March 19, 2012, granting Defendant's motion for summary judgment; it is

       ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant UJA Federation of New York and against Plaintiff Dolores Johnson.

Dated: Brooklyn, New York
       Mach 20, 2012

Douglas C. Palmer
Clerk of Court

by:    s/Michele Gapinski
Michele Gapinski
Chief Deputy for
Court Operations